## UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

```
_____
MICHAEL H. LOTTO et al.    )
                           )
        Plaintiffs,        )
                           )       CASE NO. 3:17-cv-00446
v.                         )
                           )
MICHAEL LUZZI et al.       )       ECF No. 9
                           )
        Defendants.        )
_____)       MARCH 23, 2017
```

**CERTIFICATE OF SERVICE**

In accordance with the Order of this Honorable Court dated March 21, 2017 (Arterton, J.), the undersigned Counsel for the Plaintiffs hereby certifies that on this the **23rd** day of **March**, in the year **2017**, the following documents listed in Section 1, below, were served via U.S.P.S. First-Class Mail, on the following parties listed in Section 2, below:

1. **Documents Served**:

   a. Plaintiffs' Complaint (ECF 1)
   b. Certificate of Service (Complaint)(ECF 2)
   c. Motion for Leave to Proceed *In Forma Pauperis* (Superseded)(ECF 3)
   d. (Amended) Motion for Leave to Proceed *In Forma Pauperis* (ECF 4)
   e. Order on Pretrial Deadlines (ECF 5)
   f. Electronic Filing Order in Civil Cases (ECF 6)
   g. Standing Protective Order (ECF 7)
   h. Electronic Service Order and Notice to Counsel & Pro Se Parties (ECF 8)



INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

- **1** -

**2. <u>Parties Served via U.S.P.S. First Class Mail</u>:**

1. Detective Christopher Walsh
   Connecticut State Police
   1111 Country Club Rd.
   Middletown CT 06457

2. Officer Michael Luzzi
   Woodbridge Police Department
   4 Meetinghouse Ln.
   Woodbridge CT 06525

3. Officer Michael Fonda
   Meriden Police Department
   50 W Main St.
   Meriden CT 06451

4. T.F.C. Sean Krauss
   Connecticut State Police
   1111 Country Club Rd.
   Middletown CT 06457

5. Christopher A. McWilliams
   Lemieux & Associates, LLC
   116 Washington Ave. 3rd Flr.
   North Haven CT 06473

6. Sergeant Charles Burns
   Connecticut State Police
   1111 Country Club Rd.
   Middletown CT 06457

7. T.F.C. Mark Wiener
   Connecticut State Police
   1111 Country Club Rd.
   Middletown CT 06457

8. Officer Radames Gonce
   West Haven Police Department
   200 Saw Mill Rd.
   West Haven CT 06516

9. Lieutenant Kenneth Cain
   Connecticut State Police
   1111 Country Club Rd.
   Middletown CT 06457

10. Detective Steven Chapman
    Connecticut State Police
    1111 Country Club Rd.
    Middletown CT 06457

11. Detective Matthew J. Funchion
    Connecticut State Police
    1111 Country Club Road
    Middletown CT 06457

**Dated at <u>GUILFORD, CONNECTICUT</u> this <u>23rd</u> day of <u>MARCH</u>, <u>2017</u>.**

                                        /S/ Michael J. Habib
                                    MICHAEL J. HABIB, ESQ. (CT29412)


INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419