UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL H. LOTTO and ERNEST CANTEEN | : : | CIVIL NO. 3:17CV00446 (JBA) |
| v. | : | |
| MICHAEL LUZZI, ET AL. | : | MAY 5, 2017 |

## APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for all defendants, in their individual and official capacities, in the above-captioned case.

Dated at Hartford, Connecticut, this 5th day of May, 2017.

                                      DEFENDANTS
                                      Michael Luzzi, Et Al.

                                      GEORGE JEPSEN
                                      ATTORNEY GENERAL

                              BY:  */s/ Robert B. Fiske, III*
                                    Robert B. Fiske, III
                                    Assistant Attorney General
                                    110 Sherman Street
                                    Hartford, CT 06105
                                    Federal Bar #ct17831
                                    E-Mail: robert.fiske@ct.gov
                                    Tel.: (860) 808-5450
                                    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on May 5, 2017, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Robert B. Fiske, III*
Robert B. Fiske, III
Assistant Attorney General