**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

```
_____
MICHAEL H. LOTTO et al.    )
                           )
         Plaintiffs,       )
                           )      CASE NO. 3:17-cv-446 (JBA)
v.                         )
                           )
MICHAEL LUZZI et al.       )      ECF No. 27
                           )
         Defendants.       )
_____)      JUNE 8, 2017
```

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND TO MODIFY SCHEDULING ORDER, BY AGREEMENT**

**COME NOW** the Plaintiffs in the above-captioned action, **MICHAEL LOTTO** and **ERNEST CANTEEN**, by and through Undersigned Counsel, and hereby Respectfully Move this Honorable Court for a three (3) day extension of time within which Plaintiffs may file an Amended Complaint, and a three (3) day extension of time within which the subsequent pleadings may be filed pursuant to the Scheduling Order of this Honorable Court dated June 26, 2017 (Arterton, J.) (ECF No. 25).

Plaintiffs Respectfully Move for this very brief Extension of Time and Modification of the Scheduling Order due to Undersigned Counsel's difficulty in consulting with Plaintiffs regarding the Amended Complaint during the Independence Day holiday and holiday weekend.



**INZITARI LAW OFFICE, LLC**
**PO BOX** 261392
**HARTFORD, CT** 06126-1392
**TEL:** (860) 863-4574
**FAX:** (860) 863-4625
**FIRM JURIS NO.** 434419

- 1 -

Should this Honorable Court see fit to grant Plaintiff's instant Motion for Extension of Time and to Modify Scheduling Order, the proposed new deadline are:

1. Plaintiff's Amended Complaint shall be filed by 7/10/17;

2. Defendants' Motion to Dismiss shall be filed by 7/24/17; opposition shall be filed by 8/14/17; any reply shall be filed by 8/28/17;

3. If no Motion to Dismiss is filed, the parties' 26(f) Report shall be filed by 8/3/17. Otherwise, the parties' 26(f) Report shall be filed 10 days after ruling.

Plaintiffs' Undersigned Counsel consulted with Defendants' Counsel on 7/6/2017, prior to filing the instant Motion, and Defendants' Counsel consent to Plaintiffs' Motion for Extension of Time with an extension of the corresponding subsequent deadlines, to which Plaintiffs also consent.

**WHEREFORE**, Plaintiffs **MICHAEL LOTTO** and **ERNEST CANTEEN** hereby Respectfully Move this Honorable Court for a three (3) day Extension of Time within which to file Plaintiffs' Amended Complaint, and for Modification of the Scheduling Order, consistent with the instant Motion.



**INZITARI LAW OFFICE, LLC**
**PO BOX** 261392
**HARTFORD, CT** 06126-1392
**TEL: (860) 863-4574**
**FAX: (860) 863-4625**
**FIRM JURIS NO. 434419**

- 2 -

**DATED AT <u>GUILFORD, CONNECTICUT</u> THIS <u>6TH</u> DAY OF <u>JULY</u>, <u>2017</u>.**

        **RESPECTFULLY SUBMITTED,**
        **THE PLAINTIFFS,**
        **BY THEIR ATTORNEY:**

        */s/ Michael J. Habib, Esq.*
        **MICHAEL J. HABIB, ESQ. (CT29412)**
        Inzitari Law Office, LLC
        P.O. Box 261392
        Hartford, CT 06126-1392
        Tel: (860) 863-4574
        Fax: (860) 863-4625
        E-Mail: Mike@InzitariLawOffice.com

INZITARI LAW OFFICE, LLC
PO BOX 261392
HARTFORD, CT 06126-1392
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

- 3 -

**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

```
_____
MICHAEL H. LOTTO et al.    )
                           )
            Plaintiffs,    )
                           )       CASE NO. 3:17-cv-00446
v.                         )
                           )
MICHAEL LUZZI et al.       )       ECF No. 27
                           )
            Defendants.    )
_____)       JUNE 8, 2017
```

**CERTIFICATE OF SERVICE**

Pursuant to *Fed. R. Civ. P.* 5(b)(2), I hereby certify that on **JUNE 8, 2017**, a copy of the foregoing **Plaintiffs' Motion for Extension of Time and to Modify Scheduling Order, By Agreement** was served through the Court's CM/ECF System

**DATED AT GUILFORD, CONNECTICUT THIS 6TH DAY OF JULY, 2017.**

/s/ *Michael J. Habib, Esq.*
**MICHAEL J. HABIB, ESQ. (CT29412)**



**INZITARI LAW OFFICE, LLC**
**PO BOX 261392**
**HARTFORD, CT 06126-1392**
TEL: (860) 863-4574
FAX: (860) 863-4625
FIRM JURIS NO. 434419

- 4 -